UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A97-0330--CV (JWS)
"FLOYD CORNELISON ET AL V DANEK MEDICAL ET AL"

Including terminated parties, excluding terminated counsel

Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
Referral Rule:
            Filed: 08/28/97
           Closed: 11/30/99

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (365) Personal injury - product liability

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 08/28/97 receipt # 00102278
         Trial by: Jury


| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | CORNELISON, FLOYD D. | Don Bauermeister<br>Burke & Bauermeister<br>921 W. 6th Avenue, Suite 200<br>Anchorage, AK 99501<br>907-277-6177<br>FAX 907-277-6111<br><br>Floyd D. Cornelison<br>Pro Per<br>3501 Tamarak<br>Wasilla, AK 99654<br><br>Donna S. Cummings<br>Cummings Cummings et al<br>416 Gravier Street<br>New Orleans, LA 70130<br>504-586-0000 |
| PLF 2.1 | CORNELISON, JUDY K. | Judy K. Cornelison<br>Pro Per<br>3501 Tamarak<br>Wasilla, AK 99654 |
| DEF 1.1 | DANEK MEDICAL INC | Michael C. Geraghty<br>DeLisio Moran et al<br>943 W. 6th Avenue<br>Anchorage, AK 99501<br>907-279-9574 |
| DEF 2.1 | SOFAMOR-DANEK GROUP INC | Michael C. Geraghty<br>(see above) |

```
┌─────────────────────────────────────────────────────────────────────┐
│         UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA        │
│         CIVIL DOCKET PARTY INFORMATION FOR CASE A97-0330--CV (JWS)     │
│            "FLOYD CORNELISON ET AL V DANEK MEDICAL ET AL"              │
│─────────────────────────────────────────────────────────────────────│
│         Including terminated parties, excluding terminated counsel     │
└─────────────────────────────────────────────────────────────────────┘
```

Parties of Record:                              Counsel of Record:

| | | | |
|---|---|---|---|
| DEF 3.1 | | WARSAW ORTHOPEDIC INC | Michael C. Geraghty (see above) |
| DEF 4.1 | [T] | LUQUE, EDUARDO | No counsel found for this party! |
| DEF 5.1 | [T] | JOHNSTON, CHARLES E. II | No counsel found for this party! |
| DEF 6.1 | [T] | ASHMAN, RICHARD PHD | No counsel found for this party! |
| DEF 7.1 | [T] | LOWERY, GARY | No counsel found for this party! |
| DEF 8.1 | [T] | RAPP, GEORGE | No counsel found for this party! |
| DEF 9.1 | [T] | TRANSFELDT, ENSOR | No counsel found for this party! |
| DEF 10.1 | [T] | HERRING, JOHN A. | No counsel found for this party! |
| DEF 11.1 | [T] | WHITECLOUD, THOMAS III | No counsel found for this party! |
| DEF 12.1 | [T] | ZDEBLICK, THOMAS A. | No counsel found for this party! |
| DEF 13.1 | [T] | YOUNGWOOD MEDICAL SPECIALTIES INC | No counsel found for this party! |
| DEF 14.1 | [T] | STUART MEDICAL INC | No counsel found for this party! |
| DEF 15.1 | [T] | TEXAS SCOTTISH RITE HOSPITAL FOR CRIPPLED CHILDREN | No counsel found for this party! |
| DEF 16.1 | [T] | AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS | No counsel found for this party! |
| DEF 17.1 | [T] | NORTH AMERICAN SPINE SOCIETY | No counsel found for this party! |
| DEF 18.1 | [T] | SCOLIOSIS RESEARCH SOCIETY | No counsel found for this party! |
| DEF 19.1 | [T] | SPINAL SCIENCE ADVANCEMENT FOUNDATION | No counsel found for this party! |
| DEF 20.1 | [T] | ACROMED CORP CHARTER NO. 614043 | No counsel found for this party! |
| DEF 21.1 | [T] | ACROMED CORP | No counsel found for this party! |
| DEF 22.1 | [T] | ACROMED CORP CHARTER NO. 816942 | No counsel found for this party! |
| DEF 23.1 | [T] | ACROMED INC CHARTER NO. 811415 | No counsel found for this party! |
| DEF 24.1 | [T] | ACROMED IN CORP | No counsel found for this party! |
| DEF 25.1 | [T] | ACROMED IN CORP CHARTER NO. 816943 | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A97-0330--CV (JWS)
         "FLOYD CORNELISON ET AL V DANEK MEDICAL ET AL"
_____
       Including terminated parties, excluding terminated counsel
```

| Parties of Record: | | | Counsel of Record: |
|---|---|---|---|
| DEF 26.1 | [T] | ACROMED HOLDING CORP CHARTER NO. 811416 | No counsel found for this party! |
| DEF 27.1 | [T] | ACROMED CORP | No counsel found for this party! |
| DEF 28.1 | [T] | ACE MEDICAL CO | No counsel found for this party! |
| DEF 29.1 | [T] | ADVANCED SPINE FIXATION SYSTEMS INC | No counsel found for this party! |
| DEF 30.1 | [T] | CROSS MEDICAL PRODUCTS INC | No counsel found for this party! |
| DEF 31.1 | [T] | DEPUY-MOTECH INC | No counsel found for this party! |
| DEF 32.1 | [T] | SCIENTIFIC SPINAL | No counsel found for this party! |
| DEF 33.1 | [T] | SMITH & NEPHEW RICHARDS INC | No counsel found for this party! |
| DEF 34.1 | [T] | SOFAMOR SNC | No counsel found for this party! |
| DEF 35.1 | [T] | SOFAMOR INC | No counsel found for this party! |
| DEF 36.1 | [T] | SYNTHES (USA) | No counsel found for this party! |
| DEF 37.1 | [T] | SYNTHES INC | No counsel found for this party! |
| DEF 38.1 | [T] | SYNTHES NORTH AMERICA INC | No counsel found for this party! |
| DEF 39.1 | [T] | SYNTHES | No counsel found for this party! |
| DEF 40.1 | [T] | A.G. | No counsel found for this party! |
| DEF 41.1 | [T] | ZIMMER INC | No counsel found for this party! |

Case 3:97-cv-00330-JWS   Document 15   Filed 01/03/06   Page 3 of 5

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A97-0330--CV (JWS)
                        "FLOYD CORNELISON ET AL V DANEK MEDICAL ET AL"

                                   For all filing dates
```

```
 Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
Magistrate Judge:
   Referral Rule:
            Filed: 08/28/97
           Closed: 11/30/99

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (1) Citizen of This State
    DEF Diversity: (5) Incorporated and Principal Place of Business in Another State

   Nature of Suit: (365) Personal injury - product liability

           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $150.00 on 08/28/97 receipt # 00102278
         Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 08/28/97 | Complaint filed. |
| 1 - 2 | 08/28/97 | Jury Demand |
| 2 - 1 | 10/30/97 | Certified Cpy of Conditional Transfer Order. cc: cnsl |
| 3 - 1 | 05/26/99 | Certified Cpy of Conditional Remand Order. cc: cnsl |
| 4 - 1 | 06/04/99 | Letter of transfer of docs from USDC Eastern District of PA re: MDL-1014 Orthopedic Bone Screw Litigation. MDL dkt sheet lodged in original file. [docs located in expando file] |
| 5 - 1 | 06/16/99 | JWS Minute Order re: remand from MDL; w/i 60 days parties to file a list re: disc, wits, estimate of trial time, list of prop trial dates; description of iss to be resolved prior to trial and indication of appropriate ADR. cc: cnsl |
| 6 - 1 | 07/15/99 | DEF 1-3; 34-35 Attorney Appearance of M. Geraghty. |
| 7 - 1 | 08/09/99 | PLF 1-2; DEF 1-2 Stipulation for extension of time until 9/15/99 for al ddlns & due dates. |
| NOTE - 1 | 08/10/99 | Notation: sent rule 83 pkg to Donna Cummings [plf cnsl]. |
| 8 - 1 | 08/10/99 | JWS Order approving stip at dkt 7. cc: cnsl, D. Cummings |
| 9 - 1 | 09/15/99 | DEF 1-2 Response to Order of 6/16/99 & 8/9/99 re: scheduling issues. |
| 10 - 1 | 10/05/99 | PLF 1-2; DEF 1-3 Stipulation for ext of time that plfs shall have until 11/01/99 to file responses & disclosures & that defs shall have until 11/24/99 to supplement their expert disclosure &/or responses. |
| 11 - 1 | 10/08/99 | JWS Order approving stip. cc: cnsl, D. Cummings |
| 12 - 1 | 10/08/99 | JWS Minute Order that atty D. Cummings file appl to appear and participate w/i 15 days. cc: cnsl |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A97-0330--CV (JWS)
"FLOYD CORNELISON ET AL V DANEK MEDICAL ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 13 - 1 | 10/22/99 | PLF 1 Application re: non-resident attorney Donna S. Cummings w/ Don Bauermeister as lcl/cnsl w/att exh. |
| 13 - 2 | 10/25/99 | JWS Order granting mot for D. Cummings to appear and participate. cc: cnsl, D. Cummings |
| 14 - 1 | 11/12/99 | JWS Minute Order directing plfs to comply w/ord at dkt 5 by 11/22/99 or action dism for failure to prosecute. cc: cnsl |
| 15 - 1 | 11/30/99 | JWS Minute Order dismissing case w/o prej for failure to prosecute. cc: cnsl |